STEPHEN A. HIGGINSON, Circuit Judge, specially
concurring:
I concur in the majority’s opinion and plain error analysis, but write separately just to note that the decision in United States v. Segura, 747 F.3d 323, 331 (5th Cir.2014), which we cite for the proposition that errors that justify the exercise of our discretion “are ones that ‘would shock the conscience of the common man, serve as a powerful indictment against our system of justice, or seriously call into question the competence or integrity of the district judge,’” overlooked exact attribution for its reformulation of the fourth prong. See United States v. Escalante-Reyes, 689 F.3d 415, 435 (5th Cir.2012) (en banc) (dissenting opinion).